UNPUBLEHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-3042

JOHN PAUL TURNER,

Plaintiff - Appellant,

versus

UNITED STATES DISTRICT COURT, for the Western
District of Virginia; UNITED STATES POSTAL
SERVICE; UNITED STATES DEPARTMENT OF AGRICUL-
TURE; UNITED STATES FOREST SERVICE; VIRGINIA
DEPARTMENT OF SOCIAL SERVICES; SHERIFF'S
DEPARTMENT, Augusta County; AUGUSTA COUNTY
CIRCUIT COURT,

Defendants - Appellees.

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Samuel G. Wilson, District Judge.
(CA-95-1196-R)

Submitted: January 23, 1996          Decided: August 2, 1996

Before WILKINSON, Chief Judge, MOTZ, Circuit Judge, and CHAPMAN,
Senior Circuit Judge.

Affirmed in part and dismissed in part by unpublished per curiam
opinion.

John Paul Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing this action pursuant to 28 U.S.C. § 1915(d) (1988). To the extent that Appellant appeals the dismissal of his claims against the district court, we have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Turner v. United States Dist. Court</u>, No. CA-95-1196-R (W.D. Va. Nov. 9, 1995).

To the extent that Appellant appeals the dismissal of the remaining Defendants, we dismiss the appeal as interlocutory. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED IN PART; DISMISSED IN PART</u>

3